UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

**NATALIE WRIGHT** and **NKEREUMWEM UMOH**,

                            Plaintiffs,

             – against –

**SOLAR MOSAIC LLC, SUNCO CAPITAL LLC, ATTYX UTAH LLC, ATTYX LLC**, and **WEBBANK**,

                        Defendants.

**MEMORANDUM DECISION AND ORDER**

25-CV-2730 (AMD) (PCG)

------------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

The plaintiffs commenced this action in the Supreme Court of New York, King County, on September 30, 2024, but did not serve the defendant Solar Mosaic LLC ("Mosaic"). (ECF No. 1 ¶¶ 1–2.) The plaintiffs filed an Amended Complaint on April 10, 2025 and served Mosaic on April 15, 2025. (*Id.* ¶¶ 3–4.) Service upon other defendants has not been confirmed. (*Id.* ¶ 11.) Mosaic removed the case to federal court and timely filed a notice of removal on May 15, 2025, on the basis that the plaintiffs' claims under the Truth in Lending Act and Equal Credit Opportunity Act gave the district court federal question jurisdiction, *see* 28 U.S.C. § 1331, and the district court had supplemental jurisdiction over the plaintiffs' related state law statutory and common law claims, *see* 28 U.S.C. § 1367. (ECF No. 1 ¶¶ 13–16.)

On May 21, 2025, Mosaic filed a letter for a pre-motion conference regarding a proposed motion to compel arbitration. (ECF No. 7.) The Court directed the plaintiffs to respond by May 28, 2025, but the plaintiffs did not do so. (*ECF Order dated May 21, 2025.*) Nor did they respond when the Court *sua sponte* extended the deadline to June 5, 2025, and then to June 13,

2025.  (*ECF Orders dated May 29, 2025 and June 6, 2025.*)  On June 10, 2025, Mosaic filed a notice of bankruptcy and automatic stay in accordance with the United States Bankruptcy Code.  (*See* ECF No. 8.)  The Court then ordered a stay of this action, including with respect to the remaining defendants.  (*ECF Order dated June 13, 2025.*)  On February 17, 2026, Mosaic and defendant WebBank filed a pre-motion conference request regarding a proposed motion to compel arbitration.  (ECF No. 10.)  The plaintiffs did not respond.  (*See ECF Orders dated Feb. 18, 2026 and Feb. 27, 2026.*)  The Court granted Mosaic and WebBank leave to file the motion.  (*ECF Order dated March 10, 2026.*)  On April 10, 2026, Mosaic and WebBank moved to compel arbitration and stay proceedings.  (ECF No. 11.)  When the plaintiffs did not respond, the Court *sua sponte* extended the deadline and informed the plaintiffs that it would treat the motion as unopposed if they did not respond by May 18, 2026.  (*ECF Order dated May 12, 2026.*)  The plaintiffs did not respond.

The Court has jurisdiction to hear the plaintiffs' federal claims and supplemental jurisdiction to hear the plaintiffs' state law claims pursuant to 28 U.S.C. § 1331 and § 1367.

Because the plaintiffs did not respond to the defendants' motion to compel arbitration, the Court treats the motion as unopposed.  The Court finds that plaintiff Nkereumwem Umoh has a valid arbitration agreement with the defendant Mosaic.  (*See* ECF No. 13-1 at 22.)  Accordingly, the Court grants the motion to compel as to plaintiff Umoh.

The stay of proceedings, which applies to all defendants and to all of plaintiff Wright's claims, is still in effect.  (*See ECF Order dated June 13, 2025.*)

**CONCLUSION**

For the reasons set forth above, the Court grants the motion to compel arbitration as to plaintiff Umoh. The action, including plaintiff Wright's claims and claims against all defendants, is stayed pending completion of arbitration.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
May 26, 2026